UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TSHOMBE KELLEY, T06593,<br><br>Petitioner,<br><br>v.<br><br>JASON SCHULTZ, Warden,<br><br>Respondent. | Case No. 26-cv-03357-CRB (PR)<br><br>**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS AS SECOND OR SUCCESSIVE PETITION** |

Petitioner, a state prisoner incarcerated at California State Prison, Sacramento (SAC), has filed a second or successive petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging a January 2001, conviction and sentence from Alameda County Superior Court. His first petition under § 2254 was denied on the merits on March 9, 2006. See Kelley v. Lamarque, No. 04-cv-01540-VRW (N.D. Cal. Mar. 9, 2006) (order denying petition).

A second or successive petition may not be filed in this court unless petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this court to consider the petition. See 28 U.S.C. § 2244(b)(3)(A). This court is "without power" to entertain a second or successive petition unless petitioner first receives authorization from the Ninth Circuit. Chades v. Hill, 976 F.3d 1055, 1056-57 (9th Cir. 2020).

Petitioner has not obtained an order from the Ninth Circuit authorizing this court to consider his second or successive petition. The petition accordingly is DISMISSED without prejudice to refiling if petitioner obtains the necessary order.

The clerk is instructed to close the case.

**IT IS SO ORDERED**.

Dated: April 29, 2026

_____
CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California